IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO.: 3:17-CR-72-WHB-FKB

JOSHUA MICHAEL GARCIA
JAMISON LAYNE TOWNSEND

**ORDER**

This matter came before the Court on the Unopposed Motion filed by Defendant Joshua Garcia to Extend the Deadline to Submit Evidence in Mitigation and All Other Deadlines. In support of the Motion, Garcia argues that there has been a delay in scheduling examinations by his experts; therefore, he cannot submit mitigation evidence by the current deadline. The Court notes that the budget that includes payments to these experts was only recently approved, and neither the Government nor co-Defendant Jamison Townsend opposes the request for relief. For all of these reasons, the Court finds that the Motion is well taken and should be granted. It is therefore, ordered that the proceedings in this case be continued and scheduled as follows:

1. The Defendants shall submit any mitigation evidence they want considered to the United States Attorney's Office on or before October 15, 2018.

2. The United States Attorney shall submit his recommendation regarding sentencing to the Department of Justice on or before December 17, 2018.

3. The United States Attorney shall notify the Court and the parties on or before March 15, 2019, if he intends to seek the death penalty as a possible sentence in this case.

At such time as a final decision is rendered by the Department of Justice as to the death penalty aspect of this case, the Court will enter a Case Management Order setting dates for further proceedings.

IT IS SO ORDERED this the 11th day of September, 2018.

/s/ William Barbour
UNITED STATES DISTRICT JUDGE