# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                              **CRIMINAL NO. 3:17cr72-CWR-FKB**

**JOSHUA MICHAEL GARCIA and**
**JAMISON LAYNE TOWNSEND**

## ORDER ON MOTIONTO AMEND/SET SCHEDULING ORDER

This matter came before the Court on the Motion to Amend/Set Scheduling Order filed by Defendant Jamison Layne Townsend. [Doc. #97] By this Motion, Townsend seeks an unspecified extension of time to allow her to reschedule the July 15, 2019, meeting with the Department of Justice's Capital Review Committee. The Government has objected to the Motion, noting that this meeting was originally scheduled for February 4, 2019, rescheduled to April 1, 2019, and rescheduled again to July 15. Additionally, the Government argues that mitigation evidence was submitted on October 15, 2018, and nothing else has been submitted. Finally, the Government submits that any newly discovered mitigation evidence may be submitted to the Committee for consideration. Townsend's counsel has notified the Court that Townsend will not submit a reply to the Government's objection.

Given the gravity of this case, the Court wants to afford Townsend's lawyers every reasonable opportunity to prepare their case. However, the meeting with the Capital Review Committee is not a "proceeding" within this Court's authority to stay. Instead, this is a meeting over which this Court has no control, and amending the scheduling order in this matter would not compel the Department of Justice to delay this conference. Because mitigation evidence was submitted some time ago, and based on the Government's assurance that later discovered evidence may be submitted to the Committee for review, the Court is of the opinion that

Townsend's attorneys will not be prevented from presenting their argument to the Committee on July 15.

**IT IS, THEREFORE, ORDERED** that the Motion to Amend/Set Scheduling Order filed by Defendant Jamison Layne Townsend [Doc. #97] is hereby **denied.**

**IT IS SO ORDERED**, this the 8th day of July, 2019.

/s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE